UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID HABERMAN**, <br> Plaintiff, <br> v. <br> **GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, ET AL.**, <br> Defendants. | Case No. 14-cv-03576-YGR <br><br> **TENTATIVE SCHEDULING ORDER; ORDER SETTING COMPLIANCE HEARING** |

The Court has reviewed the parties' Joint Case Management Statement and believes the case can proceed under the schedule set forth below. If these dates are acceptable to all parties, they may file a Joint Stipulation to the proposed dates by no later than Friday, October 31, 2014. Upon receipt, the Court will confirm the dates in a separate order and the November 3, 2014 Case Management Conference will be taken off calendar. If a Joint Stipulation is not filed, the conference will go forward as scheduled. If the parties wish to appear on November 3, 2014 to discuss the schedule below, the Court requests that the parties file a joint notice so stating by October 31, 2014.

The Court hereby tentatively sets the following trial and pretrial dates:

**TENTATIVE PRETRIAL SCHEDULE**

| | |
|---|---|
| ADR Session (private mediation) to be held by: | 120 days after ADR Order |
| Deadline to add additional parties or claims: | November 30, 2014 |
| Completion of Fact Discovery: | March 6, 2015 |
| Last day to file dispositive motions: | April 1, 2015 |
| Last day to hear dispositive motions: | May 6, 2015 |
| Trial Date (1/2 day bench trial): | To be scheduled on 30 days' notice after May 6, 2015 |

As set forth above, the parties are REFERRED to private mediation. The parties shall provide the Court with the name of an agreed-upon mediator by **November 28, 2014**, by filing a JOINT Notice. A compliance hearing regarding shall be held on **Friday, December 5, 2014** on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. By November 28, 2014, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: October 28, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**