UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID HABERMAN**, <br>     Plaintiff, <br><br> v. <br><br> **GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, ET AL.**, <br>     Defendants. | Case No. 14-cv-03576-YGR <br><br> **ORDER RE CASE AND TRIAL DATES** |

**PRETRIAL SCHEDULE**

| | |
|---|---|
| Parties previously ordered to private mediation. | February 27, 2015 |
| Deadline to add additional parties or claims: | November 30, 2014 |
| Completion of Fact Discovery: | March 6, 2015 |
| Last day to file dispositive motions: | April 1, 2015 |
| Last day to hear dispositive motions: | May 6, 2015 |
| Pretrial Conference | To be scheduled on 30 days' notice after May 6, 2015 |
| Trial Date (1/2 day bench trial): | To be scheduled on 30 days' notice after May 6, 2015 |

As set forth above, the parties are REFERRED to private mediation. The parties shall provide the Court with the name of an agreed-upon mediator by **November 28, 2014**, by filing a JOINT Notice. A compliance hearing regarding shall be held on **Friday, December 5, 2014** on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. By November 28, 2014, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

1  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely
2  fashion.
3        The parties must comply with both the Court's Standing Order in Civil Cases and Standing
4  Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All
5  Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.
6     **IT IS SO ORDERED.**
7  Dated:  October 31, 2014

                                       _____
                                       **YVONNE GONZALEZ ROGERS**
                                       **UNITED STATES DISTRICT COURT**

The 11/3/2014 Case Management Conference date is VACATED.