UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**DAVID HABERMAN**,

    Plaintiff,

    v.

**GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, ET AL.**,

    Defendants.

Case No. 14-cv-03576-YGR

**ORDER SETTING COMPLIANCE HEARING**

A compliance hearing regarding the parties' failure to timely file dispositive motions shall be held on Friday, May 8, 2015, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) one-page Joint Statement concerning the status of this case and explaining their failure to file their dispositive motions; or (b) a one-page Joint Statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: April 29, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**